**FILED**

12/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0664



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0664

WALTER JOEY OVERSTREET,

       Plaintiff and Appellant,

v.

ERIC FETTERHOFF, in his official
and individual capacities, JOHN DOES 3-
7,
BARBARA WATSON, Individually, and
WATSON CRASH RECONSTRUCTION,
LLC, MONTANA HIGHWAY PATROL,
and PARK COUNTY, MONTANA,
a political subdivision, Bruce Becker,
individually, and as Park County Attorney,
Shannan Piccolo, individually, and as
Deputy Park County Attorney, STATE OF
MONTANA, and KENDRA LASSITER,
Individually, and in her official capacity as
Park County Attorney,

       Defendants and Appellees.

**ORDER OF MEDIATOR APPOINTMENT**

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Dana Charles Christian,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this December 1, 2023.

Bowen Greenwood, Clerk of the Supreme Court

c:      Chad R. Vanisko, Jami L. Rebsom, Suzanne C. Marshall, Mark F. Higgins, Jesse Myers